1018

SEATTLE-FIRST NATIONAL BANK, *Plaintiff,* v. ELDON H. MCCORMACK, ET AL, *Appellants,* LYNCH MOTOR COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 55693, Lloyd L. Wiehl, J. Pro Tem., entered May 20, 1974. *Affirmed* by unpublished per curiam opinion.

CHARLES FORBES, ET AL, *Respondents,* v. J. CURTIS MELVILLE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 22037, B. J. McLean, J., entered May 15, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

*In the Matter of the Marriage of* WILFRED ALLAN WILSON, *Appellant, and* LAVERNA MAE WILSON, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 7971, Howard A. Patrick, J., entered November 22, 1974. *Affirmed* by unpublished per curiam opinion.

GAYLE G. NELSON, *Respondent,* v. RONALD D. QUINTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 742149, Lloyd W. Bever, J., entered March 7, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.